The Honorable Ricardo S. Martinez

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BRENDA ANARDE,<br><br>               Plaintiff,<br><br>vs.<br><br>C.R. BARD INCORPORATED AND BARD PERIPHERAL VASCULAR INCORPORATED,<br><br>               Defendants. | NO. 2:20-CV-00507-RSM<br><br>JOINT STIPULATION AND ORDER OF DISMISSAL WITHOUT PREJUDICE<br><br>**Clerk's Action Required**<br><br>**Note on Motion Calendar:<br>May 28, 2020** |

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned parties, pursuant to Fed. R. Civ. P. 41 (a)(1)(A)(ii), that the above-captioned case be dismissed without prejudice, with each party to bear its own costs.

Respectfully submitted, this 28$^h$ day of May, 2020.

MCGLYNN GLISSON & MOUTON, PLC

By  *s/ Amanda L. Washington*_____
Amanda L. Washington
McGlynn Glisson & Mouton, PLC
340 Florida St.
Baton Rouge, LA 70801
T: 225-344-3555
amanda@mcglynnglisson.com
(*pro hac vice* pending)
*Attorney for Plaintiff*

BETTS PATTERSON & MINES, PS

By  *s/ Christopher W. Tompkins*_____
    Christopher W Tompkins
Betts Patterson & Mines, PS
701 Pike Street
Suite 1400
Seattle, WA 98101-3927
T: (206) 292-9988
ctompkins@bpmlaw.com

JOINT STIPULATION AND ORDER OF
DISMISSAL WITHOUT PREJUDICE                - 1 -
NO. 2:20-CV-00507-RSM

Betts
Patterson
Mines
**One Convention Place**
Suite 1400
701 Pike Street
Seattle, Washington 98101-3927
(206) 292-9988

Anare C20-507 dismissal-order/052920 1359/8284-0017

1
2
3
4
5

Natasha A Khachatourians
Betts Patterson & Mines, PS
One Convention Place
701 Pike Street
Suite 1400
Seattle, WA 98101-3927
T: (206) 292-9988
nkhachatourians@bpmlaw.com

James F. Rogers
Nelson Mullins Riley & Scarborough, LLP
1320 Main Street, 17th Floor
Meridian
Columbia, SC 29201
T: (803) 799-2000
jim.rogers@nelsonmullins.com
(admitted *pro hac vice*)

Joseph E. Fornadel, III
Nelson Mullins Riley & Scarborough, LLP
1320 Main Street, 17th Floor
Meridian
Columbia, SC 29201
T: (803) 255-5178
joe.fornadel@nelsonmullins.com
(admitted *pro hac vice*)

*Attorneys for Defendants*

6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

JOINT STIPULATION AND ORDER OF
DISMISSAL WITHOUT PREJUDICE    - 2 -
NO. 2:20-CV-00507-RSM

Betts
Patterson
Mines
One Convention Place
Suite 1400
701 Pike Street
Seattle, Washington 98101-3927
(206) 292-9988

Anare C20-507 dismissal-order/052920 1359/8284-0017

ORDER

The Court has considered the Stipulation of Dismissal without Prejudice of Plaintiff Brenda Anarde, and Defendants C.R. Bard, Inc. and Bard Peripheral Vascular, Inc.

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that the Stipulated Motion to Dismiss Without Prejudice of Brenda Anarde be granted. The claims of Brenda Anarde are dismissed in their entirety without prejudice to the re-filing of same, and the parties are to bear their own costs.

DATED THIS 29th day of May, 2020.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

JOINT STIPULATION AND ORDER OF
DISMISSAL WITHOUT PREJUDICE   - 3 -
NO. 2:20-CV-00507-RSM

Betts
Patterson
Mines
One Convention Place
Suite 1400
701 Pike Street
Seattle, Washington 98101-3927
(206) 292-9988

Anare C20-507 dismissal-order/052920 1359/8284-0017

**CERTIFICATE OF SERVICE**

I, Karen L. Pritchard, hereby certify that on May 28, 2020, I electronically filed the following:

- **Joint Stipulation and [Proposed] Order of Dismissal Without Prejudice; and**

- **Certificate of Service**

with the Court using the CM/ECF system which will send notification of such filing to the following:

*Counsel for Plaintiff Brenda Anarde*
Amanda L. Washington
McGlynn Glisson & Mouton, PLC
340 Florida St.
Baton Rouge, LA 70801
amanda@mcglynnglisson.com

*Counsel for Defendants C R Bard Incorporated and Bard Peripheral Vascular Incorporated*
James F. Rogers
Joseph E. Fornadel, III
Nelson Mullins Riley & Scarborough, LLP
1320 Main Street, 17th Floor
Meridian
Columbia, SC 29201
jim.rogers@nelsonmullins.com
joe.fornadel@nelsonmullins.com

DATED this 28th day of May 2020.

        *s/ Karen L. Pritchard*
        Karen L. Pritchard, Legal Assistant

JOINT STIPULATION AND ORDER OF DISMISSAL WITHOUT PREJUDICE
NO. 2:20-CV-00507-RSM   - 4 -

Betts Patterson Mines
One Convention Place
Suite 1400
701 Pike Street
Seattle, Washington 98101-3927
(206) 292-9988

Anare C20-507 dismissal-order/052920 1359/8284-0017